**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAREN DEFLORES,                                             No. C 06-01796 WHA

        Plaintiff,

    v.                                                       **ORDER RE STATUS OF**
                                                                       **ARBITRATION**
ATLANTIC MUTUAL INSURANCE CO.;
THE ATLANTIC MUTUAL COS.; and DOES
1–25,

        Defendants.

                            /

On March 29th, the parties were compelled to arbitrate the controversies underlying the

above-captioned case.  Court proceedings were stayed pending completion of the arbitration.

The parties must file a report on the status of the arbitration by **NOON ON OCTOBER 6, 2006.**

    **IT IS SO ORDERED.**

Dated:  September 28, 2006                          _____
                                                                       WILLIAM ALSUP
                                                                       UNITED STATES DISTRICT JUDGE