IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAREN DEFLORES,

    Plaintiff,

  v.

ATLANTIC MUTUAL INSURANCE CO.;
THE ATLANTIC MUTUAL COS.; and DOES
1–25,

    Defendants.
                                            /

No. C 06-01796 WHA

**ORDER RE STATUS OF ARBITRATION**

    In this stayed action, the parties must file a report on the status of the arbitration by **NOON ON FEBRUARY 26, 2007.**

    **IT IS SO ORDERED.**

Dated: February 20, 2007.

                                       WILLIAM ALSUP
                                       UNITED STATES DISTRICT JUDGE