IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAREN DEFLORES,

    Plaintiff,

  v.

ATLANTIC MUTUAL INSURANCE COMPANY,

    Defendant.
   /

No. C 06-01796 WHA

**ORDER RE STATUS OF ARBITRATION**

In this stayed action, the parties must file a report on the status of the arbitration by **NOON ON MAY 18, 2007.**

**IT IS SO ORDERED.**

Dated: May 14, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE