IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAREN DEFLORES,

    Plaintiff,

  v.

ATLANTIC MUTUAL INSURANCE COMPANY,

    Defendant.
                                              /

No. C 06-01796 WHA

**ORDER SETTING DEADLINE FOR MOTION TO CONFIRM ARBITRATOR'S DECISION**

    Any motion to confirm the arbitrator's decision must be filed by **AUGUST 9, 2007**, to be heard on a 35-day track.

    **IT IS SO ORDERED.**

Dated: July 24, 2007.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE