IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAREN DEFLORES,

    Plaintiff,

  v.

ATLANTIC MUTUAL INSURANCE COMPANY,

    Defendant.
                                          /

No. C 06-01796 WHA

**ORDER SETTING DEADLINE FOR SUMMARY JUDGMENT MOTION**

      In light of the Atlantic's recent submission, any motion for summary judgment must be filed by **AUGUST 30, 2007**. No extensions will be allowed. If the parties intend to dismiss this action, they must do so promptly. All filings and appearances must be made — on pain of dismissal, default or other sanction — unless and until a dismissal fully resolving the case is received. It will not be enough to inform the clerk that a settlement in principle has been reached or to lodge a partially executed settlement agreement or to lodge a fully executed agreement (or dismissal) that resolves less than the entire case.

      **IT IS SO ORDERED.**

Dated: August 8, 2007.

                                                WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE