IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAREN DEPLORES,

    Plaintiff,

v.

ATLANTIC MUTUAL INSURANCE COMPANY, THE ATLANTIC MUTUAL COMPANIES, and DOE 1 through 25, inclusive,

    Defendant.
_____/

No. C 06-01796 WHA

**ORDER SETTING HEARING**

    The Court sets a hearing for **MONDAY, SEPTEMBER 10, 2007, AT 2:00 P.M.** concerning plaintiff's objection to defendant's deposition subpoena. Defendant has until **NOON ON SEPTEMBER 6, 2007**, within which to respond to plaintiff's objection. Please make sure a meet-and-confer has taken place prior to the hearing.

    The Court shall also conduct a case management conference at that time so the parties need to submit their joint case management statement no later than **5:00 P.M. ON SEPTEMBER 7, 2007**.

    **IT IS SO ORDERED.**

Dated: September 5, 2007.

                                  WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE