IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAREN DEFLORES,

    Plaintiff,

  v.

ATLANTIC MUTUAL INSURANCE COMPANY, THE ATLANTIC MUTUAL COMPANIES, and DOES 1 through 25, inclusive,

    Defendants.

No. C 06-01796 WHA

**ORDER RE STIPULATION RE SETTLEMENT**

    The Court is in receipt of the parties' joint stipulation re settlement advising the case is settled and the need to postpone all deadlines for thirty days. This request is **DENIED**. However, the Court will **CONTINUE** the discovery-dispute hearing and case management conference for one week only. Defendant's response and a joint case management conference statement are due by **NOON ON SEPTEMBER 13**.

    **IT IS SO ORDERED.**

Dated: September 7, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE