RICHARD T. BOWLES (# 46234)
KENNETH B. McKENZIE (# 142894)
BOWLES & VERNA LLP
2121 N. California Blvd., Suite 875
Walnut Creek, CA 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: rbowles@bowlesverna.com

Attorneys for Plaintiff
KAREN DEFLORES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| KAREN DEFLORES,<br><br>Plaintiff,<br><br>v.<br><br>ATLANTIC MUTUAL INSURANCE COMPANY, THE ATLANTIC MUTUAL COMPANIES, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: CV 06-01796 WHA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** AND ORDER |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), with each party to bear its own costs and expenses.

DATED: September 12, 2007.     BOWLES & VERNA LLP

By _____
RICHARD T. BOWLES
Attorneys for Plaintiff
Karen de Flores

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

-1-
STIPULATION FOR DISMISSAL WITH PREJUDICE
AND ORDER

1  DATED: September 12, 2007.    SELVIN WRAITH HALMAN LLP

3                                By /s/ Gary Selvin
                                 GARY SELVIN
4                                Attorneys for Defendants
                                 ATLANTIC MUTUAL INSURANCE
5                                COMPANY AND THE ATLANTIC
                                 MUTUAL COMPANIES

8                        ORDER

10  IT IS SO ORDERED.

11  DATED: September 12, 2007.    _____
                                 WILLIAM ALSUP
12                               UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge William Alsup*

-2-

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596

CERTIFICATE OF SERVICE
(DeFlores v. Atlantic Mutual, et al. - USCD Northern District Case No: C 06-1796 WHA)

I, the undersigned, declare as follows: I am a citizen of the United States, over the age of 18 years, and not a party to, or interested in the within entitled action. I am an employee of BOWLES & VERNA LLP, and my business address is 2121 N. California Blvd., Suite 875, Walnut Creek, California 94596.

On September 13, 2007, I served the following document(s):

STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER

on the following parties in this action addressed as follows:

*Attorneys for Defendants Atlantic Mutual*
Gary Selvin
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94607
Tel: (510) 874-1811/Fax: (510) 465-8976
Email: gselvin@selvinwraith.com

____ **(BY MAIL)** I caused each such envelope, with postage thereon fully paid, to be placed in the United States mail at Walnut Creek, California. I am readily familiar with the business practice for collection and processing of mail in this office. That in the ordinary course of business said document(s) would be deposited with the U.S. Postal Service in Walnut Creek on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained on this affidavit.

____ **(BY PERSONAL SERVICE)** I delivered each such envelope by hand to each addressee above.

____ **(BY OVERNIGHT DELIVERY)** I caused each envelope, with delivery fees provided for, to be deposited in a box regularly maintained by UPS/FEDERAL EXPRESS. I am readily familiar with Bowles & Verna's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Bowles & Verna's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS/FEDERAL EXPRESS or delivered to an authorized courier or driver authorized by UPS/FEDERAL EXPRESS to receive documents on the same date that it is placed at Bowles & Verna for collection.

____ **(BY FACSIMILE)** By use of facsimile machine number (925) 935-0371 or (925) 256-1755, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

_xx_ **(BY E-MAIL OR ELECTRONIC TRANSMISSION):** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on September 13, 2007, at Walnut Creek, California.

MARILYNN FITZGERALD

Bowles & Verna LLP
2121 N. California Blvd.
Suite 875
Walnut Creek 94596